**RONALD A. NORMAN (SBN #62282)**
LAW OFFICES OF RONALD A. NORMAN
5404 Whitsett Avenue Ste 133
Valley Village, CA 91607
818-761-7181
Email: ronaldanorman@scbglobal.net

**FILED & ENTERED**

**APR 20 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Bever    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Ervin W Stromer<br><br><br>          Debtor | Case No.: **1:18-bk-10826-VK**<br><br>Chapter 13<br><br>ORDER GRANTING DEBTOR'S MOTION TO EXTEND TIME TO FILE OPENING DOCUMENTS |

The Court, having considered the Debtor's Motion to Extend Time to File Opening Documents dated April 16, 2018 (the "Motion"), hereby Grants the Motion and Orders that the Debtor shall have until *April 30, 2018* to file all of the relevant documents required.

###

Date: April 20, 2018

*[signature]*
Victoria S. Kaufman
United States Bankruptcy Judge

ORDER- 1